### ALLEN *v.* HARRIS.

LITTLE, J.   It is erroneous to direct a verdict when the evidence is compli-
cated, confused, and conflicting, and such as would warrant a finding dif-
ferent from that embraced in the direction given by the court to the jury.
*Judgment reversed.   All the Justices concurring.*

Submitted March 21, — Decided April 21, 1899.

Complaint.   Before Judge Reese.   Hancock superior court.
February term, 1898.

*Hunt & Merritt*, for plaintiff in error.

---

### MASSENGALE & COMPANY *v.* POUNDS.

LEWIS, J.   1. It is not error for the court, at the trial term of a suit upon an
unconditional promissory note, to permit the defendant to amend his
plea of payment, that has been duly filed, by simply admitting facts mak-
ing out a prima facie case for plaintiff and giving to defendant the right
to open and conclude.
2. Where a note for a specified sum is given by the owner of land to a
merchant for supplies to make a crop, and is secured by a mortgage on the
crop, and the account for such supplies is entered by the merchant in his
books and exceeds in amount the sum named in the note, the debtor has
the right, when he makes payments from the proceeds of the crop, to di-
rect the creditor to first apply such payments to the note.   This is true
although such application will leave the balance of the account unsecured.
3. The fact that the debtor accepts receipts for such payments as having been
made "on account" does not estop him from showing that he directed
the credits to be placed on the note.
4. There was sufficient evidence to support the verdict.
*Judgment affirmed.   All the Justices concurring.*

·Submitted March 21, — Decided April 21, 1899.

Complaint.   Before Judge Reese.   Warren superior court.
April term, 1898.

*E. P. Davis*, for plaintiffs.